UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAMONT TAYLOR,<br><br>    Petitioner,<br><br>    v.<br><br>R. LANKFORD, et al.,<br><br>    Respondents. | No.  2:13-cv-1629 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed August 20, 2013, petitioner's habeas application was dismissed and thirty days' leave to file an amended application or civil rights complaint was granted.  The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 4, 2013

tayl1629.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE